# United States Court of Appeals for the Federal Circuit

---

**POWERBLOCK HOLDINGS, INC.,**
*Plaintiff-Appellant*

**v.**

**IFIT, INC.,**
*Defendant-Appellee*

---

2024-1177

---

Appeal from the United States District Court for the District of Utah in No. 1:22-cv-00132-JNP-CMR, Judge Jill N. Parrish.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**REVERSED AND REMANDED**

FOR THE COURT

August 11, 2025
Date

Jarrett B. Perlow
Clerk of Court